*Court of Appeals*
*Fourth Court of Appeals District of Texas*
*San Antonio*



★ ★ ★  ★ ★ ★

# MEMORANDUM OPINION

No. 04-11-00612-CV

Craig M. **PERRY**,
Appellant

v.

Laura K. **PERRY**,
Appellee

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2009-CI-17541
Honorable Victor Hugo Negron Jr., Judge Presiding

PER CURIAM

Sitting:  Catherine Stone, Chief Justice
Steven C. Hilbig, Justice
Marialyn Barnard, Justice

Delivered and Filed:  January 11, 2012

DISMISSED

Appellant filed a motion to dismiss this appeal. We grant the motion. *See* TEX. R. APP. P. 42.1(a)(1). Because the motion does not disclose an agreement of the parties regarding the assessment of costs, we order all costs assessed against appellant. *See* TEX. R. APP. P. 42.1(d)(absent agreement of the parties, costs are taxed against appellant).

PER CURIAM